IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-01984-WDM-CBS

PLATYPUS WEAR, INC.,

    Plaintiff,

v.

BALL METAL BEVERAGE CONTAINER CORPORATION,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 7, 2006.

                                             BY THE COURT:

                                             s/ Walker D. Miller
                                             United States District Judge